2 So.2d 926

**Daniel JOHNSON v. CITY OF TUSCALOOSA.**

**6 Div. 744.**

Court of Appeals of Alabama.

April 24, 1941.

PER CURIAM.

Appeal dismissed, want of prosecution.

3 So.2d 923

**Jim J. JOHNSON v. STATE.**

**7 Div. 633.**

Court of Appeals of Alabama.

June 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

11 So.2d 169

**Milton JOHNSON v. STATE.**

**1 Div. 434.**

Court of Appeals of Alabama.

Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

6 So.2d 905

**Sam JOHNSON v. STATE.**

**7 Div. 650.**

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

11 So.2d 170

**Jaffie Sims JONES v. STATE.**

**5 Div. 166.**

Court of Appeals of Alabama.

Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

2 So.2d 926

**Luamy JONES v. CITY OF JASPER.**

**6 Div. 754.**

Court of Appeals of Alabama.

April 24, 1941.

PER CURIAM.

Appeal dismissed, want of prosecution.